IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH PHILADELPHIA HEALTH SYSTEM,           ) <br> ) <br> Plaintiff and Cross-Claim Defendant,     ) <br> ) <br> vs.                                       ) <br> ) <br> CHRISTOPHER RAHN AND CHRISTINE PASIEKA,    ) <br> ) <br> Defendants and Cross-Claimants.           ) <br> ) <br> ) | CASE NO. 16-cv-03910-JD |

SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, NORTH PHILADELPHIA HEALTH SYSTEM, through its undersigned attorney, and would show the Court:

1. It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which bears the Case number 16-18931-mdc.

2. Relief was ordered on December 30, 2016.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ John D. Kutzler
John D. Kutzler
Proposed Corporate and Conflicts Counsel
for the Debtor
Buzby & Kutzler, Attorneys at Law
Suite 100, 1633 W. Girard Avenue
Philadelphia, PA 19130
215-235-2775(v); 215-235-2771(f)
johndkutzler@aol.com

  IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was served by electronic filing in the Court system to all counsel of record on January 4, 2017.

                 /s/ John D. Kutzler
                 John D. Kutzler
                 Proposed Corporate and Conflicts Counsel
                 for the Debtor
                 Buzby & Kutzler, Attorneys at Law
                 Suite 100, 1633 W. Girard Avenue
                 Philadelphia, PA 19130
                 215-235-2775(v); 215-235-2771(f)
                 johndkutzler@aol.com